**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LEROY STARKS                                                                                                PLAINTIFF

V.                                            NO: 3:05CV00161 JLH/HDY

M. ETTER, *et al.*                                                                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of
>proof, and a copy, or the original, of any documentary or
>other non-testimonial evidence desired to be introduced at
>the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite 402
>Little Rock, AR 72201-3325

## **DISPOSITION**

On October 7, 2005, this Court entered an Order scheduling an evidentiary hearing in this case for February 21, 2006 (docket entry #18). That Order directed Plaintiff to submit a proposed witness list no later than November 7, 2005. That Order further cautioned Plaintiff that if he did not respond to the Order by November 7, 2005, his lawsuit would be subject to dismissal for failure to prosecute. To date, Plaintiff has failed to submit the list, or otherwise respond to the Order. It appears that Plaintiff may have elected to not pursue this claim. At least three recent mailing from the Court to Plaintiff at his listed address have been returned (docket entries #22, #23, and #24). Under these circumstances, the Court concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

In light of this Recommendation, there is no need to consider Defendants' Motion to dismiss (docket entry #25), which should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Complaint (docket entry #2), be DISMISSED WITHOUT PREJUDICE.

2. All pending Motions be DENIED as moot.

DATED this __9__ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE