# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LEROY STARKS                                                                  PLAINTIFF

V.                        NO: 3:05CV00161 JLH/HDY

M. ETTER, *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Complaint (docket entry #2), is DISMISSED WITHOUT PREJUDICE.

2.      All pending motions are DENIED as moot.

DATED this 23rd day of November, 2005.


*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE