# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LEROY STARKS                                                                               PLAINTIFF

V.                                NO: 3:05CV00161 JLH/HDY

M. ETTER, *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE